V. James DeSimone (SBN 119668)
Michael D. Seplow (SBN 150183)
SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

Attorneys for Plaintiffs
Masoumeh Hadjavi, Edward Kay, Buulinh Chao,
Narvell Harris, and John Hoang

Douglas R. Hart (SBN 115673)
Jonathan M. Brenner (SBN 162366)
Jennifer B. Zargarof (SBN 204382)
William Tran (SBN 245104)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants
CVS Pharmacy, Inc. and CVS Rx Services, Inc.

[Additional Counsel listed on following page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUMEH HADJAVI, EDWARD KAY, BUULINH CHAO, NARVELL HARRIS, and JOHN HOANG, on behalf of themselves, all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS PHARMACY, INC.; CVS RX SERVICES, INC.; and DOES 1 thru 50, inclusive,<br><br>Defendants. | Case No. CV 10-4886-SJO (RCx)<br><br>CLASS ACTION<br><br>Complaint Filed: June 1, 2010<br><br>**ORDER GRANTING PROTECTIVE ORDER RE USE OF CONFIDENTIAL INFORMATION** |

LA1 1881582v.1

ORDER GRANTING PROTECTIVE ORDER RE USE OF CONFIDENTIAL INFORMATION

1  Hirad D. Dadgostar (SBN 241549)
   LAW OFFICES OF HIRAD D. DADGOSTAR
2  12400 Wilshire Boulevard, Fourth Floor
   Los Angeles, California 90025
3  Telephone: (310) 820-1022
   Facsimile:  (310) 820-1088
4
   Alireza Alivandivafa (SBN 255730)
5  1875 Century Park East, Suite 1770
   Los Angeles, California 90067
6  Telephone:  (424) 820-1022
   Facsimile:  (310) 300-1015
7
   Attorneys for Plaintiffs
8  Masouhmeh Hadjavi, Edward Kay, Buulinh Chao,
   Narvell Harris, and John Hoang
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the parties' Stipulated Protective Order Re Use of Confidential Information filed with this Court on November 22, 2010, the Order is hereby granted.

Dated: Nov. 24, 2010

Hon. Rosalyn M. Chapman
United States Magistrate Judge